UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIELLE RUTLEDGE,

                Plaintiff,

   -against-

SCHWARTZ SLADKUS REICH GREENBERG
ATLAS LLP; ANDREA TROCHEZ;
SAPPHIRE REHABILITATION AND
NURSING OF CENTRAL QUEENS, LLC
f/k/a FLUSHING NURSING AND
REHABILITATION CENTER; FMNH, LLC
d/b/a FLUSHING MANOR NURSING HOME
a/k/a SAPPHIRE CENTER FOR
REHABILITATION AND NURSING OF
CENTRAL QUEENS, LLC,

                Defendants.
-----------------------------------------------------------X

Case No. 1:24-cv-4188 (DLI)(CLP)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Brett A. Scher of Kaufman Dolowich LLP hereby enters his appearance as counsel for Defendants Schwartz Sladkus Reich Greenberg Atlas LLP and Andrea Trochez in the above-captioned action.  Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated:  Woodbury, New York
          August 16, 2024

                                        **KAUFMAN DOLOWICH LLP**

                            By:    /s/ Brett A. Scher
                                  Brett A. Scher, Esq.
                                  135 Crossways Park Drive, Suite 201
                                  Woodbury, New York 11797
                                  (516) 681-1100
                                  bscher@kaufmandolowich.com

To: All counsel via ECF