**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

August 16, 2024

**VIA ECF**
Honorable Dora L. Irizarry., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re:*    *Rutledge v. Schwartz Sladkus Reich Greenberg Atlas LLP, et al.*
             *Case No. 1:24-cv-4188 (DLI)(CLP)*

Dear Judge Carter:

      This firm represents Defendant Schwartz Sladkus Reich Greenberg Atlas LLP and Andrea Trochez (the "Attorney Defendants") in the above matter. We write with the consent of Plaintiff's counsel to respectfully request that the deadline for the Attorney Defendants to respond to the Complaint be extended from August 19, 2024 to September 25, 2024.

      This would be the Attorney Defendants' first extension of time to respond to the Complaint. We are making the request because our office was just retained and we anticipate filing a dispositive motion.

      There are currently no other deadlines scheduled in the case. In addition, none of the other defendants have appeared and the docket indicates that no summons has been issued.[1]

      We thank the Court for its consideration.

                               Very truly yours,

                               Kaufman Dolowich LLP

                By: _____
                               Adam M. Marshall, Esq.

cc:     All Counsel of Record via ECF

---

[1] The Attorney Defendants executed waivers of service. (ECF Doc. 7).