UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
**DANIELLE RUTLEDGE,**

                                                                          Case No.: 1:24-cv-4188 DLI-CLP

                                 **Plaintiff,**

        -against-

**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP,**
**ANDREA TROCHEZ,**
**SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC f/k/a FLUSHING NURSING AND REHABILITATION CENTER, FMNH, LLC d/b/a FLUSHING MANOR NURSING HOME a/k/a SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC,**

                                 **Defendants.**
---------------------------------------------------------------------X

**CERTIFICATE OF SERVICE FOR DEFAULT AS TO DEFENDANT SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC f/k/a FLUSHING NURSING AND REHABILITATION CENTER**

       Pursuant to Local Civil Rule 55.1, the Undersigned hereby certifies that the Request for Default, the Proposed Certificate of Default, and Affirmation in Support of Request for Certificate of Default (See DE 17 and attachments) have been served via Certified Mail Return Receipt Requested, tracking number 9589 0710 5270 2397 3097 32, and via first-class mail with proof of mailing to the last known business address of Defendant Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC as listed as the place of residence in the Complaint in the collection lawsuit that forms this basis of this action and as listed as the address of the registered agent (the place of business being blank) with the New York State Department of State's Corporation and Business Entity Database:

       **Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC**

**35-15 Parsons Blvd, Flushing, NY, 11354.**

Attached are Sapphire's waiver of service (DE 7), Certified Mailing Slip, Proof of Mailing, the

Request for Default Filing (DE 17), and the New York State Department of State's Corporation

and Business Entity Database listing.

Dated:  Brooklyn, New York
       October 11, 2024

                              Respectfully submitted,

                                  /s/ *Nicolette Moore*
By: _____
Nicolette Moore
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
nicolette@newyorkconsumerattorney.com

# REQUEST FOR DEFAULT DOCUMENTS – DE 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**DANIELLE RUTLEDGE,**

                                              Case No.: 1:24-cv-4188 DLI-CLP

                      **Plaintiff,**

      -against-

**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP,
ANDREA TROCHEZ,
SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC
f/k/a FLUSHING NURSING AND REHABILITATION CENTER, FMNH, LLC d/b/a FLUSHING MANOR NURSING HOME a/k/a SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC,**

                      **Defendants.**
-------------------------------------------------------------------X

# REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC f/k/a FLUSHING NURSING AND REHABILITATION CENTER

TO:    BRENNA B. MAHONEY
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Ahmad Keshavarz.

Dated:  Brooklyn, New York
           October 11, 2024

Respectfully submitted,

/s/ *Ahmad Keshavarz*

By: _____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: 347-308-4859
Email: ahmad@NewYorkConsumerAttorney.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**DANIELLE RUTLEDGE,**

                                                    Case No.: 1:24-cv-4188 DLI-CLP

                  **Plaintiff,**

      -against-

**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP,**
**ANDREA TROCHEZ,**
**SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC**
**f/k/a FLUSHING NURSING AND REHABILITATION CENTER, FMNH, LLC d/b/a FLUSHING MANOR NURSING HOME a/k/a SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC,**

                  **Defendants.**
-----------------------------------------------------------------------X

**CERTIFICATE OF DEFAULT AS TO DEFENDANT SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC**
**f/k/a FLUSHING NURSING AND REHABILITATION CENTER**

      I, BRENNA B. MAHONEY, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC f/k/a Flushing Nursing and Rehabilitation Center ("Sapphire Center for Rehabilitation") has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Sapphire Center for Rehabilitation, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

_____

                                            BRENNA B. MAHONEY, Clerk of Court

                                            By: _____
                                                       Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

**DANIELLE RUTLEDGE,**

                                                                       Case No.: 1:24-cv-4188 DLI-CLP

                       **Plaintiff,**

      -against-

**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP,
ANDREA TROCHEZ,
SAPPHIRE CENTER FOR REHABILITATION AND
NURSING OF CENTRAL QUEENS, LLC
f/k/a FLUSHING NURSING AND REHABILITATION
CENTER, FMNH, LLC d/b/a FLUSHING MANOR
NURSING HOME a/k/a SAPPHIRE CENTER FOR
REHABILITATION AND NURSING OF CENTRAL
QUEENS, LLC,**

                       **Defendants.**

------------------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC
f/k/a FLUSHING NURSING AND REHABILITATION CENTER**

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF KINGS     )

      I, Ahmad Keshavarz, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a member of the Bar of this Court and am counsel for Plaintiff in this action;

2. This action was commenced pursuant to the filing of an Original Complaint on June 12, 2024 [DE 1];

3. A waiver of service was sent to Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC f/k/a Flushing Nursing and Rehabilitation Center ("Sapphire") on June 18, 2024, with answer due on August 19, 2024;

4. The time for Sapphire to answer or otherwise move with respect to the Complaint herein has expired;

5. Sapphire has not answered or otherwise moved with respect to the complaint, and the time for Sapphire to answer or otherwise move has not been extended;

6. Sapphire is not an infant or incompetent, and is not presently in the military service of the United States because Sapphire is a limited liability company;

7. Sapphire is indebted to Plaintiff for its violations of N.Y. General Business Law § 349, its negligence and gross negligence, as delineated in the Original Complaint [DE 1].

Dated: Brooklyn, New York
October 11, 2024

Respectfully submitted,

/s/ *Ahmad Keshavarz*
By: _____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: 347-308-4859
Email: ahmad@NewYorkConsumerAttorney.com

# SAPPHIRE'S WAIVER OF SERVICE – DE 7

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Danielle Rutledge <br> *Plaintiff* <br> v. <br> Schwartz Sladkus Reich Greenberg Atlas LLP, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:24-cv-04188-DLI-CLP <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Ahmad Keshavarz
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/18/2024_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Andrea Trochez
*Printed name*

Schwartz Sladkus Reich Greenberg Atlas LLP
444 Madison Ave, Fl 6
New York, New York 10022
*Address*

atrochez@ssrga.com
*E-mail address*

(212) 743-7064
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# SAPPHIRE ENTITY INFORMATION – OCTOBER 11, 2024

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** SAPPHIRE CENTER FOR REHABILITATION AND NURSING OF CENTRAL QUEENS, LLC
**DOS ID:** 4442446
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/07/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/07/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:** 08/31/2017
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** RICHARD PLATSCHEK
**Address:** 35 - 15 PARSONS BLVD, FLUSHING, NY, UNITED STATES, 11354

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies  App Directory  Counties  Events  Programs  Services

### REGISTER TO VOTE
Register to vote or update your voter information online.

# CERTIFIED MAIL SLIP & PROOF OF MAILING SLIP





**UNITED STATES POSTAL SERVICE** — 305 Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Ahmad Keshavarz
110 Court St. 26th Floor
Brooklyn, NY 11241-10

To: Sapphire Centre for Rehab & Nursing
35-15 Parsons Blvd
Flushing, NY 11354

U.S. POSTAGE PAID
BROOKLYN, NY 11201
OCT 11, 24
AMOUNT
$2.20
S2324A502650-17

PS Form 3817, April 2007 PSN 7530-02-000-9065