# BARTLETT LLP

**3 HUNTINGTON QUADRANGLE, SUITE 304S | MELVILLE, NEW YORK 11747**

TEL: 516.877.2900 | FAX: 516.877.0732 | www.bartlettllp.com

December 16, 2024

<u>VIA ECF</u>

Hon. Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201
Chambers Rm. 1230, Courtroom 13B South

**Re:**   *Withdrawal of application (doc. 27)*

**Danielle Rutledge v. FMNH, LLC s/h/a Flushing Nursing and Rehabilitation Center, FMNH, LLC a/k/a Flushing Manor Nursing Home, et al.
Case No. 1:24-cv-4188 (DLI/CLP)
Bartlett File No. 301.0050**

Honorable Madam:

FMNH, LLC retracts its previous request by letter dated December 6 (doc. 27). Neither an enlargement, nor a briefing schedule, are necessary since we filed an answer on Friday December 13.

                Respectfully Submitted,

                BARTLETT LLP

                Robert G. Vizza

RGV/ns

CC: all parties via CM/ECF