# AHMAD KESHAVARZ
### Attorney at Law

| | | |
|---|---|---|
| 16 COURT ST., 26TH FLOOR<br>BROOKLYN, NY 11241-1026 | WWW.NEWYORKCONSUMERATTORNEY.COM<br>E-mail: ahmad@NewYorkConsumerAttorney.com | Telephone: (718) 522-7900<br>Fax: (877) 496-7900 |

January 22, 2026

**VIA ECF**
The Honorable Dora L. Irizarry, District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: Plaintiff's application for an extension of time to file a Reply in Support from Friday, January 23, to Friday, January 30
>
> *Rutledge v. Schwartz Sladkus Reich Greenberg Atlas LLP et al.*, No. 1:24-cv-04188-DLI-CLP

Dear Judge Irizarry:

The undersigned represents Danielle Rutledge in this action alleging violations of the Fair Debt Collection Practices Act (FDCPA) and for related state law claims. The Defendants in this action are Schwartz Sladkus Reich Greenberg Atlas LLP, a law firm, and Andrea Trochez, an attorney at that law firm (collectively, "Attorney Defendants"); and Sapphire Center for Rehabilitation and Nursing of Central Queens, LLC ("Sapphire").

Plaintiff writes, with the consent of the Attorney Defendants, to ask the Court for an extension of time to file a Reply in Support of Plaintiff's Supplemental Authority Letter. Plaintiff requests this extension, which Attorney Defendants suggested in their Response in Opposition, due to Attorney Defendants' inadvertent late filing of their Response in Opposition and due to the undersigned being called for jury duty earlier this week. Plaintiff requests an extension of time of one week, from the original deadline of January 23 to January 30.

The undersigned apologizes for not filing this request earlier; as mentioned above, the undersigned was called for jury duty this week in Kings County, and consequently spent Tuesday and much of Wednesday in jury duty before being dismissed.

Respectfully,
/s/
Ahmad Keshavarz, Esq.

Cc: All counsel of record (via ECF)

1