# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

March 31, 2026

**VIA ECF**
The Honorable Dora L. Irizarry, District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Plaintiff's supplemental authority in support of her Opposition [Dkt. No. 39] to Attorney Defendants' Motion to Dismiss [Dkt. No. 28].**
>
> *Rutledge v. Schwartz Sladkus Reich Greenberg Atlas LLP et al.,* Case 1:24-cv-04188-DLI-CLP

Dear Judge Irizarry:

The undersigned represents Plaintiff Danielle Rutledge in the above-entitled action.

On December 6, 2024, the Attorney Defendants filed their Motion to Dismiss [DE 28]. Plaintiff filed her Opposition on March 18, 2025 [DE 39], and Attorney Defendants filed a Reply on April 15, 2025 [DE 43].

Plaintiff files this letter to bring to the Court's attention an important decision relevant to the pending Motion to Dismiss issued after the close of briefing.

On March 27, 2026, Southern District Judge Andrew L. Carter Jr. issued the attached opinion regarding liability for creditors and debt collectors for debt collection misconduct in the case *Wilson v. Selip & Stylianou, LLP, et al.*, 1:24-cv-04108. Plaintiff will not comment on or brief the attached decision unless requested by the Court.

The *Wilson* decision is attached.

Sincerely,
/s/
Ahmad Keshavarz

Enclosures (as stated)

cc: All Counsel via ECF

1