**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 25, 2026

**VIA ECF**
The Honorable Dora L. Irizarry, District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Plaintiff's supplemental authority in support of her Opposition [Dkt. No. 39] to Attorney Defendants' Motion to Dismiss [Dkt. No. 28].**

*Rutledge v. Schwartz Sladkus Reich Greenberg Atlas LLP et al.*, Case 1:24-cv-04188-DLI-CLP

Dear Judge Irizarry:

The undersigned represents Plaintiff Danielle Rutledge in the above-entitled action.

Plaintiff files this letter to bring to the Court's attention an important decision relevant to the pending Motion to Dismiss issued after the close of briefing, *Sathi v. New York State Dept. of Financial Services*, 2026 WL 2431867, N.Y.Sup. (No. 158537/2025 ) (August 11, 2026).

Plaintiff will refrain from commenting on the decision unless requested to by the Court.

Sincerely,
/s/
Ahmad Keshavarz

Enclosures (*Sathi* decision)

cc: All Counsel via ECF